No. 64839.—Max Eckardt & Sons Ornament Corp. *v.* United States, protest 59/16078 (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of Christmas tree ornaments the same in all material respects as those the subject of Abstract 61868, the claim of the plaintiff was sustained.

No. 64840.—R. J. Saunders & Co., Inc. *v.* United States, protests 59/23126, etc. (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of photoflash lamps the same in all material respects as those the subject of Abstract 64250, the claim of the plaintiff was sustained.

No. 64841.—Manca, Inc. *v.* United States, protest 58/16331 (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the article in question, described on the invoice as "1 Rangefinder testing device," is a metal testing device, that it has no optical component parts, and that the device enables the observer to check, for correct position, the rangefinder coupling of a photographic lens, the claim of the plaintiff was sustained. *United States* v. *J. E. Bernard & Co., Inc.* (30 C.C.P.A. 213, C.A.D. 235), followed.